No. 150. MUSCATINE LIGHTING COMPANY *v.* CITY OF MUSCATINE ET AL. Appeal from the District Court of the United States for the Southern District of Iowa. Argued December 11, 1924. Decided December 15, 1924. *Per Curiam.* Dismissed for the want of jurisdiction, upon the authority of *Heike* v. *United States,* 217 U. S. 423, 429; *Rexford* v. *Brunswick-Balke-Collender Co.,* 228 U. S. 339, 345, 346; *Lincoln Gas & Electric Co.* v. *Lincoln,* 253 U. S. 477. *Mr. William Chamberlain* for appellant *Mr. J. F. Devitt* and *Mr. E. Raymond Tipton,* with whom *Mr. E. P. Ingham* was on the brief, for appellees.